**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1383**

---

JOHN C. BREWER,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Frederick P. Stamp, Jr.,
District Judge. (CA-04-12-1)

---

Submitted: August 31, 2005          Decided: September 27, 2005

---

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Richard Paul Cohen, COHEN, ABATE & COHEN, L.C., Morgantown, West
Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel,
Nora R. Koch, Supervisory Regional Counsel, Brian O'Donnell,
Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION,
Philadelphia, Pennsylvania; Thomas E. Johnston, United States
Attorney, Helen Campbell Altmeyer, Assistant United States
Attorney, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John C. Brewer appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's denial of disability insurance benefits from April 1, 1996, to September 30, 2000. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brewer v. Barnhart, No. CA-04-12-1 (N.D. W. Va. Feb. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED